David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Danny Marable | Case No: 2:14-cv-02709-DLR |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| v. | |
| Legal Prevention Services, LLC | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff and Defendant, have settled the above-entitled matter in its entirety. The parties need time to finalize the settlement. Plaintiff anticipates filing a Dismissal, with prejudice, as to the entire lawsuit, no later than 45 days from the date of this Notice. The parties further request that all hearings be taken off calendar.

Respectfully submitted,          **Hyde & Swigart**

Date: April 8, 2015          By: */s/ David J. McGlothlin*
                                      David J. McGlothlin
                                      Attorneys for Plaintiffs