David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Marable<br><br>Plaintiff,<br><br>v.<br><br>Legal Prevention Services, LLC<br><br>Defendant. | **Case No: 2:14-cv-02709-DLR**<br><br>**PLAINTIFF'S UNILATERAL NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff hereby moves to dismiss the entire action with prejudice.

Respectfully submitted,            **Hyde & Swigart**


Date: May 21, 2015                 By: */s/ David J. McGlothlin*
                                           David J. McGlothlin
                                           Attorneys for Plaintiffs